Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

Attorneys for Defendant
WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY [sued both as "WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY" and "WELLS FARGO HOME MORTGAGE"]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHERMAN G. DAVIS, an individual; NICOLE D. DAVIS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> CMG MORTGAGE, INC., a California Corporation; BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY; NDEX WEST, LLC, a California Limited Liability Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the Property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 8:12-cv-01618-AG-CW <br><br> Assigned to: <br> Hon. Andrew Guilford <br> Courtroom 10D <br><br> Assigned Discovery: <br> Magistrate Judge Carla Woehrle <br><br> **FINAL JUDGMENT OF DISMISSAL** <br><br><br> Complaint filed: August 13, 2012 |

In the action, Plaintiffs named as Defendants CMG MORTGAGE, INC. ["CMG"], BANK OF AMERICA, N.A. ["BOFA"], NDEX WEST, LLC ["NDEX"] and WELLS FARGO BANK, N.A. DBA AMERICA'S SERVICING COMPANY ["WELLS FARGO"]. On February 2, 2013, the Court issued its

-1-

Orders dismissing CMG and BOFA based on a Stipulation entered into between the parties. On April 10, 2013, the Court issued its Order approving the Stipulation of Non-Monetary Status of NDeX. In the Stipulation, NDeX agreed to be bound by any judgment entered into regarding WELLS FARGO. On May 6, 2013, the Court granted WELLS FARGO's Motion to Dismiss Plaintiffs' Second Amended Complaint without leave to amend.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed, with prejudice, as to WELLS FARGO and that a Judgment of Dismissal be entered in favor of WELLS FARGO and against Plaintiffs. Based on said judgment, Plaintiffs shall take nothing by way of the Second Amended Complaint against WELLS FARGO.

**SO ORDERED.**

Date: May 28, 2013

_____
**HONORABLE ANDREW GUILFORD**
**U. S. DISTRICT COURT JUDGE**

Respectfully submitted:
KUTAK ROCK LLP

By: /s/ Steven M. Dailey
   Jeffrey S. Gerardo
   Steven M. Dailey
   Attorneys for Defendants
   WELLS FARGO BANK, N.A., dba AMERICA'S SERVICING COMPANY